UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────X
THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH KLEMENS, JR., JOHN      **ORDER OF VOLUNTARY**
F. O'HARE, MICHAEL SALGO and WILLIAM TYSON, and       **DISMISSAL**
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS MANAGER        20-CIV-11016 (AKH)
EDWIN L. CHRISTIAN,

                                           Plaintiffs,

       -against-

JOHN CIVETTA & SONS, INC.,

                                           Defendant.
───────────────────────────────────────────X

      Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, PENSION, WELFARE, TRAINING AND LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendant JOHN CIVETTA & SONS, INC.

Dated:  Tarrytown, New York
         January 4, 2021

                                            Respectfully submitted,

                                            BRADY McGUIRE & STEINBERG, P.C.

                                            */s/ James M. Steinberg*

                                By:     _____
                                         James M. Steinberg, Esq.
                                         Attorneys for Plaintiffs
                                         303 South Broadway, Suite 234
                                         Tarrytown, New York 10591
                                         (914) 478-4293
                                         james@bradymcguiresteinberg.com

To:    Ms. Danielle Civetta Thompson
         John Civetta & Sons, Inc.
         1123 Bronx River Avenue
         Bronx, New York 10472-3101

**SO ORDERED:**

___/s/_____
**The Honorable Alvin K. Hellerstein United States District Judge**
**1/6/21**